UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV615 RWS |
| | ) | |
| $7,900.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on the motion of Defendant's attorney, Derrick R. Williams, to withdraw from the representation of Defendant [#11]. Williams represents in the motion that Defendant has retained Michael Ira Lawrence to represent Defendant in this case. However, Lawrence has not entered his appearance on behalf of Defendant. As a result, I will hold a hearing on the matter. Defendant shall be present for the hearing.

Accordingly,

**IT IS HEREBY ORDERED** that a hearing will be held on the motion to withdraw on **August 12, 2005, at 1:30 p.m.** in Courtroom 10 South.

Dated this 15th Day of July, 2005.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE