UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:05CV615 RWS |
| $7,900.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Order setting a hearing for August 12, 2005 [#12] is **VACATED**.

**IT IS FURTHER ORDERED** that Derrick Williams' motion to withdraw as counsel for Defendant [#11] is **GRANTED**.

**IT IS FURTHER ORDERED** that a Rule 16 conference will be held on **August 12, 2005, at 1:30 p.m.** in the chambers of the undersigned.

Dated this 3rd Day of August, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE