UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | Case No. 4:05CV615 RWS |
| $7,900 in U.S. CURRENCY, | ) | |
| Defendant(s). | ) | |

## **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the **August 14, 2006** trial setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 1st day of December , 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE